IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL WILSON**     **PLAINTIFF**
**#121464**

v.     No: 4:24-cv-00245-KGB-PSH

**BRIAN BROTHERS,** *et al.*[1]     **DEFENDANTS**

### ORDER

Having reviewed Plaintiff Daniel Wilson's amended complaint (Doc. No. 7) for screening purposes,[2] the Court finds that service is appropriate with respect to his claims against the named defendants. The Clerk of the Court shall prepare a summons for the defendants. The United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 7) and summons on each defendant without prepayment of fees and costs or security therefor. Gault and Brothers should

---

[1] The Clerk of Court is directed to correct the spelling of defendant Brian Brothers' name on the docket sheet and to remove defendant Short Wilson, who is not named as a defendant in the amended complaint (Doc. No. 7).

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A.

be served through the Yell County Sheriff's office.[3] Shannon Goldon should be served at the address provided under seal (Doc. No. 9).

IT IS SO ORDERED this 12th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.