IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL WILSON**   **PLAINTIFF**
**ADC #138100**

v.   Case No. 4:24-cv-00245-KGB

**BRIAN BROTHERS,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 56). Plaintiff Daniel Wilson has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation, should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). Mr. Wilson's complaint and amended complaint are dismissed without prejudice for failure to prosecute (Dkt. Nos. 2; 7). The Court grants separate defendant Nick Gault's motion to dismiss (Dkt. No. 51) and denies as moot the pending motions and partial recommendation (Dkt. Nos. 29; 33; 41; 44).

It is so ordered this 20th day of August, 2025.

   Kristine G. Baker
   Chief United States District Judge